UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-cv-00135-GAP-EJK

HOWARD COHAN,

    Plaintiff,

vs.

FIRST WATCH RESTAURANTS, INC.
a Foreign Profit Corporation
d/b/a FIRST WATCH RESTAURANT #98

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, FIRST WATCH RESTAURANTS, INC., a Foreign Profit Corporation, d/b/a FIRST WATCH RESTAURANT #98, (the Parties) by and through their undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED April 6, 2022.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | **By: /s/ Joyce Ackerbaum Cox** |
| Gregory S. Sconzo, Esq. | Joyce Ackerbaum Cox, Esq. |
| Florida Bar No.: 0105553 | Florida Bar No.: 0090451 |
| Sconzo Law Office, P.A. | Primary E-Mail: jacox@bakerlaw.com |
| 3825 PGA Boulevard, Suite 207 | Secondary E-Mail: |
| Palm Beach Gardens, FL 33410 | dmanser@bakerlaw.com |
| Telephone: (561) 729-0940 | Nailah Bowen, Esq. |

| | |
|---|---|
| Facsimile: (561) 491-9459 | Florida Bar No.: 1032083 |
| Email: greg@sconzolawoffice.com | Primary E-Mail: nbowen@bakerlaw.com |
| Email: samantha@sconzolawoffice.com | Secondary E-Mail: djimenez@bakerlaw.com |
| Email: alexa@sconzolawoffice.com | BAKER & HOSTETLER LLP |
| Attorney for Plaintiff | 200 South Orange Avenue, Suite 2300 |
| | Orlando, FL 32801 |
| | Telephone: (407) 649-4000 |
| | Facsimile: (407) 841-0168 |
| | ATTORNEYS FOR DEFENDANT |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 6, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                **/s/ Gregory S. Sconzo**
                                                **Gregory S. Sconzo, Esq.**